NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE MARTIN G. BELISARIO, AND PANITCH SCHWARZE BELISARIO & NADEL LLP,**
*Petitioners.*

_____

2012-137

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in No. 12-MC-0003, Judge Eduardo C. Robreno.

_____

**ON MOTION**

_____

**O R D E R**

Martin G. Belisario and Panitch Schwarze Belisario & Nadel, LLP move without opposition to dismiss their petition for writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition for writ of mandamus is dismissed.

(2)  All other motions are denied as moot.

(3)  Each side shall bear its own costs.

2                              IN RE MARTIN BELISARIO

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21